320 F.2d 916
 NATIONAL LABOR RELATIONS BOARD
v.
MEAD'S BANKERY, INC.
 No. 7307.
 United States Court of Appeals Tenth Circuit.
 April 24, 1963.
 
 Dominick L. Manoli, Assoc. Gen. Counsel, and Marcel Mallet-Prevost, Asst. Gen. Counsel, N.L.R.B., Washington, D.C., for petitioner.
 Carl Bagwell, Oklahoma City, Okl., for respondent.
 Before PICKETT and BREITENSTEIN, Circuit Judges.
 PER CURIAM.
 
 
 1
 Petition to enforce withdrawn, without prejudice, April 24, 1963, on motion of petitioner.